UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-006 |
| ) | |
| JORDAN JOHNSON ) | |

## MEMORANDUM AND ORDER

The defendant pled guilty to conspiring to make and possess counterfeit Federal Reserve notes. He will be sentenced on November 6, 2014. The United States Probation Office has prepared and disclosed a Presentence Investigation Report ("PSR") [docs. 51, 134]. The defendant has filed objections to paragraphs 15 and 37 through 41 of the PSR. The objections to paragraphs 37 through 41 have been resolved in the defendant's favor by the probation office.

As to the remaining objection, the defendant states, "Paragraph 15 describes a [July 11, 2013] traffic stop in Pigeon Forge, TN, where Mr. Johnson was allegedly the driver of a Ford Crown Victoria. Mr. Johnson denies that he was ever involved in such a traffic stop."

In response, attached to the PSR addendum is a traffic citation from the Pigeon Forge Police Department. That document shows that a "Jordan Johnson," with the same home address and date of birth listed in the PSR, was indeed stopped for speeding in Pigeon Forge on July 11, 2013. The citation identifies the vehicle as a

Mercury Grand Marquis (as opposed to a Ford Crown Victoria as stated in the PSR), but otherwise confirms that a traffic stop did in fact take place.

In any event, paragraph 15 does not contain issues that the court intends to consider at sentencing. The defendant's objection is therefore moot. *See* Fed. R. Crim. P. 32(i)(3)(B) (district court need not rule on an objection that will not affect sentencing).

For these reasons, the defendant's objection to paragraph 15 of his PSR is **OVERRULED AS MOOT**. Sentencing remains set for November 6, 2014, at 10:00 a.m. in Greeneville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

2

Case 2:14-cr-00006-RLJ-MCLC   Document 136   Filed 10/29/14   Page 2 of 2   PageID #: 621